JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS

Michael Alonso and the other plaintiffs listed in the annexed caption.

### DEFENDANTS

Leslie Weiss and the other defendant listed in the annexed caption.

**(b)** County of Residence of First Listed Plaintiff   Sarasota County, Florida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Cook County, Illinois
NOTE: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Adam Goodman Law Offices    Berry Law PLLC
105 West Madison Street, 15th Fl   132 Nassau Street, 13th Floor
Chicago, IL 60602   312-238-9592   New York, NY 10038   212-355-0777

Attorneys *(If Known)*

Novack & Macey
100 North Riverside Plaza
Chicago, IL 60606-1501   312-419-690

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*

Violation of 15 U.S.C. 80b-6(4) which makes it a deceptive practice to ensure of quarterly statements

## VII. PREVIOUS BANKRUPTCY MATTERS *(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $   45 milllion

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## IX. This case (check one box) ☒ is not a refiling of a previously dismissed action

☐ is a refiling of case number _____ previously dismissed by Judge _____

| Date | Signature of Attorney of Record |
|---|---|
| September 15, 2012 | /s/ Eric W. Berry |

**JURY TRIAL DEMANDED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------------

MICHAEL ALONSO, individually and derivatively )
on behalf of Nutmeg/Mercury Fund, LLLP )
(hereinafter within this caption, "Mercury Fund, )
LLLP"); ALTHOLTZ FLP., individually and )
derivatively on behalf of Nutmeg/Nanobac Fund, )          Case No.   12-cv-07373
LLLP (hereinafter within this caption, "Nanobac )
Fund, LP"), Nutmeg/MiniFund II, LLLP (hereinafter, )
within this caption, "Mini Fund II, LLLP"), )
Nutmeg/Michael Fund, LP (hereinafter within this )
caption, "Michael Fund, LP"), Nutmeg/Fortuna )
Fund, LLLP (hereinafter within this caption, )
"Fortuna Fund, LLLP"), and Nutmeg/Patriot Fund, )
LLLP (hereinafter within this caption, "Patriot Fund, )
LLLP"); LAWRENCE ALTHOLTZ ESQ., )
individually and derivatively on behalf of Mercury )
Fund, LLLP;  MELANIE ALTHOLTZ ILIT, )
individually and derivatively on behalf of )
Nutmeg/Tropical Fund, LP (hereinafter within this )
caption, "Tropical Fund, LP," Nanobac Fund, LP, )
Fortuna Fund, LLLP, Patriot Fund, LLLP; and )
Mercury Fund, LLLP; KARYN BLAISE )
IRREVOCABLE TRUST, individually and )
derivatively on behalf of Michael Fund, LP, Fortuna )
Fund, LLLP, Patriot Fund, LLLP and Mercury Fund, )
LLLP; RICHARD CARR, individually and )
derivatively on behalf of Michael Fund, LP; D. )
DOUGLAS CASSAT, as a Representative of Cassat )
1981 Trust UAD 11/17/1981, individually and )
derivatively on behalf of Mercury Fund, LLLP; )
DONALD CHERMEL, individually and derivatively )
on behalf of  Fortuna Fund, LLLP, and Patriot Fund, )
LLLP; STEPHEN CHIPMAN, individually and )
derivatively on behalf of Tropical Fund LP, Nanobac )
Fund, LP, Nutmeg/MiniFund, LLLP (hereinafter )
within this caption, "MiniFund, LLLP") )
Nutmeg/Lightning Fund I, LLLP (hereinafter within )
this caption, "Lightning Fund I, LLLP"), )
Nutmeg/October 2005 Fund, LLLP (hereinafter )
within this caption,"October 2005 Fund, LLLP"), )

Fortuna Fund, LLLP and Patriot Fund, LLLP; BRAD )
COHEN and ROBYN COHEN as representatives of )
UTD 9-11-01, individually and derivatively on )
behalf of Lightning Fund, LLLP, October 2005 Fund, )
LLLP, Michael Fund, LP and Fortuna Fund, LLLP; )
DILLARD COLEMAN and GLENDA COLEMAN, )
as representatives of the Coleman Living Trust )
11/7/01, individually and derivatively on behalf of )
Tropical Fund, LP, Nanobac Fund, LP, MiniFund II, )
LLLP, MiniFund II, LLLP, Lightning Fund, LLLP, )
October 2005 Fund, LLLP, Michael Fund, LP and )
Patriot Fund, LLLP; CLIFFORD R. CROSS, )
individually and derivatively on behalf of Patriot )
Fund, LLLP and Mercury Fund, LLLP; MELODIE )
K CROSS, individually and derivatively on behalf of )
Patriot Fund, LLLP and Mercury Fund, LLLP; )
MICHAEL J. CUMMINGS, individually and )
derivatively on behalf of Mercury Fund, LLLP; DEL )
MONTE HOLDINGS, LLC, individually and )
derivatively on behalf of Mercury Fund, LLLP; )
LAWRENCE DE PAOLO, individually and )
derivatively on behalf of Mercury Fund, LLLP; )
KENNETH DIAMOND, individually and )
derivatively on behalf of Fortuna Fund, LLLP and )
Mercury Fund, LLLP; KENNETH DIAMOND, as a )
representative of Pensco Trust Co. Custodian FBO )
Ken Diamond DI1CP, individually and derivatively )
on behalf of Fortuna Fund, LLLP and Mercury Fund, )
LLLP; PETER DOLAN, individually and )
derivatively on behalf of Mercury Fund, LLLP; )
PATRICIA EITZEN, individually and derivatively )
on behalf of Nanobac Fund, LP, and Tropical Fund, )
LP; MYRA FISHMAN, individually and )
derivatively on behalf of Fortuna Fund, LLLP, )
Patriot Fund, LLLP and Mercury Fund, LLLP; )
RONALD J. FISHMAN, as a representative of )
Pensco Trust Co. Custodian FBO Ronald J. Fishman )
IRA, individually and derivatively on behalf of )
Fortuna Fund, LLLP, Michael Fund, LP, Patriot )
Fund, LLLP and Mercury Fund, LLLP; ZACHARY )
FISHMAN, individually and derivatively on behalf )
of Fortuna Fund, LLLP, Patriot Fund, LLLP, and )
Michael Fund, LP; DANIEL FORD, individually and )

2

derivatively on behalf of Tropical Fund, LP, )
MiniFund, LLLP, MiniFund II, LLLP, Lightning )
Fund, LLLP, October 2005 Fund, LLLP, Michael )
Fund, LP, Fortuna Fund, LLLP and Patriot Fund, )
LLLP; DONNA FORD, individually and )
derivatively on behalf of Tropical Fund, LP, )
MiniFund, LLLP, MiniFund II, LLLP, Lightning )
Fund, LLLP, October 2005 Fund, LLLP, Michael )
Fund, LP, Fortuna Fund, LLLP and Patriot Fund, )
LLLP; DOUGLAS FORD, individually and )
derivatively on behalf of Tropical Fund, LP, )
MiniFund, LLLP, MiniFund II, LLLP, Lightning )
Fund, LLLP, October 2005 Fund, LLLP, Michael )
Fund, LP, Fortuna Fund, LLLP and Patriot Fund, )
LLLP; DWAIN FORD, individually and derivatively )
on behalf of Tropical Fund, LP, MiniFund, LLLP, )
MiniFund II, LLLP, Lightning Fund, LLLP, October )
2005 Fund, LLLP, Michael Fund, LP, Fortuna Fund, )
LLLP and Patriot Fund, LLLP; RICK FREEDMAN, )
as a representative of the Rick Martin Freedman )
Trust, individually and derivatively on behalf of )
Tropical Fund, L.P., Nanobac Fund, LP, MiniFund, )
LLLP, MiniFund II, LLLP, Lightning Fund, LLLP, )
October 2005 Fund and Michael Fund, LP; )
JEFFREY FRIEDMAN, as representative of the )
Jeffrey R Friedman Revocable Trust U/A dated )
10/26/06, individually and derivatively on behalf of )
Mercury Fund, LLLP; ROBERT M. GALE, )
individually and derivatively on behalf of Nanobac )
Fund, LP, MiniFund II, LLLP, Tropical Fund, LP, )
MiniFund, LLLP, Lightning Fund I, LLLP, and )
October 2005 Fund, LLLP; STANLEY GOTTLIEB, )
individually and derivatively on behalf of Mercury )
Fund, LLLP; PAUL GOUGELMAN, individually )
and derivatively on behalf of Patriot Fund, LLLP; )
BILLY E. GRACE and GLENA C. GRACE, as )
representatives of The Grace Family Trust, )
individually and derivatively on behalf of MiniFund )
II, LLLP; RALPH GRACIA, individually and )
derivatively on behalf of Tropical Fund, LP, )
Nanobac Fund, LP, MiniFund, LLLP, MiniFund II, )
LLLP, Lightning Fund, LLLP, October 2005 Fund, )
LLLP and Michael Fund, LP; JERRY L. HALL )

3

individually and derivatively on behalf of Michael )
Fund, LP, Fortuna Fund, LLLP, and Patriot Fund, )
LLLP; HANNAHLU VENTURES, LP, individually )
and derivatively on behalf of Mercury Fund, LLLP, )
Fortuna Fund, LLLP, Patriot Fund, LLLP, and )
Michael Fund, LP; HARRISON BUSINESS, LP, )
individually and derivatively on behalf of Patriot )
Fund, LLLP, Michael Fund, LP, Lightning Fund I, )
LLLP, and October 2005 Fund, LLLP;  KIMBERLY )
C. HARRISON, individually and derivatively on )
behalf of Tropical Fund, LP, MiniFund, LLLP, Mini )
Fund II, LLLP, Nanobac Fund, LP, Patriot Fund, )
LLLP, Michael Fund, LP, Lightning Fund I, LLLP, )
and October 2005 Fund, LLLP.; STEVEN H. )
HARRISON, individually and derivatively on behalf )
of Tropical Fund, LP, MiniFund, LLLP, Mini Fund )
II, LLLP, Nanobac Fund, LP, Patriot Fund, LLLP, )
Michael Fund, LP, Lightning Fund I, LLLP, and )
October 2005 Fund, LLLP.; STEVEN H. )
HARRISON, as trustee for AMANDA L. )
HARRISON, individually and derivatively on behalf )
of Tropical Fund, LP,  and October 2005 Fund, )
LLLP; STEVEN H. HARRISON, as trustee for S. )
PATRICK HARRISON, individually and )
derivatively on behalf of  Tropical Fund, LP, )
Michael Fund, LP, and October 2005 Fund, LLLP; )
DARREN A. HEARNS, as a representative of the )
Hearns Family Trust, individually and derivatively )
on behalf of MiniFund II, LLLP;  PAULA )
HEGGERICK, individually and derivatively on )
behalf of Fortuna Fund, LLLP, Patriot Fund, LLLP )
and Mercury Fund, LLLP; SCOTT HILL, )
individually and derivatively on behalf of Michael )
Fund, LP; PATRICIA S. HORVATH, individually )
and derivatively on behalf of Mercury Fund, LLLP; )
JAFFE REVOCABLE LIVING TRUST, )
individually and derivatively on behalf of  Nanobac )
Fund, LP,  Fortuna Fund, LLLP, Patriot Fund, LLLP )
and Mercury Fund, LLLP; BARBARA J. )
JOHNSON, individually and derivatively on behalf )
of Patriot Fund, LLLP; ROGER K JOHNSON, )
individually and derivatively on behalf of Patriot )
Fund, LLLP; ALLEN KALKSTEIN, individually )

4

and derivatively on behalf of Mercury Fund, LLLP;     )
MARSHALL KATZMAN, individually and     )
derivatively on behalf of Nanobac Fund, LP and     )
Mercury Fund, LLLP;  HARVEY LEVIN,     )
individually and derivatively on behalf of Fortuna     )
Fund, LLLP; GLEN LUNDAHL, individually and     )
derivatively on behalf of Fortuna Fund, LLLP and     )
Mercury Fund, LLLP; ROBERTA LUNDAHL,     )
individually and derivatively on behalf of Fortuna     )
Fund, LLLP and Mercury Fund, LLLP;  RAYMOND     )
LUTZE, individually and derivatively on behalf of     )
Mercury Fund, LLLP; KEVIN LYONS, individually     )
and derivatively on behalf of Fortuna Fund, LLLP     )
and Patriot Fund, LLLP; TRACY L. MEAD,     )
individually and derivatively on behalf of Mercury     )
Fund, LLLP, and Fortuna Fund, LLLP; CAROLINE     )
MICKELSON, individually and derivatively on     )
behalf of Fortuna Fund, LLLP, Patriot Fund, LLLP,     )
and Michael Fund, LP; DAVID MICKELSON,     )
individually and derivatively on behalf of Fortuna     )
Fund, LLLP, Patriot Fund, LLLP, and Michael Fund,     )
LP; SARAH MICKELSON, individually and     )
derivatively on behalf of Mercury Fund, LLLP;     )
STUART P. MILLER, MD, individually and     )
derivatively on behalf of Tropical Fund, LP,     )
Nanobac Fund, LP, MiniFund, LLLP, MiniFund II,     )
LLLP, Lightning Fund, LLLP, October 2005 Fund,     )
LLLP, Michael Fund, LP, Fortuna Fund, LLLP,     )
Patriot Fund, LLLP and Mercury Fund, LLLP;     )
MARGARET MILSTEAD, as a representative of     )
Margaret M. Milstead LT 3-7-00, individually and     )
derivatively on behalf of Tropical Fund, LP;     )
DONALD S. MONOPOLI, individually and     )
derivatively on behalf of Tropical Fund, LP,     )
Nanobac Fund, LP, Lightning Fund, LLLP, October     )
2005 Fund, LLLP, Michael Fund, LP, Fortuna Fund,     )
LLLP and Patriot Fund, LLLP; LAURA E.     )
MONOPOLI, individually and derivatively on behalf     )
of Tropical Fund, LP, Nanobac Fund, LP, Lightning     )
Fund, LLLP, October 2005 Fund, LLLP, Michael     )
Fund, LP, Fortuna Fund, LLLP and Patriot Fund,     )
LLLP; RICHARD A. NUNN, individually and     )
derivatively on behalf of Mercury Fund, LLLP;     )

5

JAMES O'MALLEY, individually and derivatively )
on behalf of Tropical Fund, LP, Nanobac Fund, LP, )
MiniFund, LLLP and Michael Fund, LP; JUAN )
PARDO DE ZELA, individually and derivatively on )
behalf of MiniFund II, LLLP, Lightning Fund, LLLP )
and October 2005 Fund, LLLP; LOUIS R. PERTZ, )
individually and derivatively on behalf of Mercury )
Fund, LLLP; FRANCIE PINKWATER, individually )
and derivatively on behalf of Patriot Fund, LLLP and )
Mercury Fund, LLLP; KRISZTINA PIPO, )
individually and derivatively on behalf of MiniFund )
II, LLLP; ERIK POCH, individually and derivatively )
on behalf of MiniFund, LLLP, MiniFund II, LLLP, )
Lightning Fund, LLLP October 2005 Fund, LLLP, )
Michael Fund, LP and Fortuna Fund, LLLP; KATIE )
POCH, individually and derivatively on behalf of )
MiniFund I, LLLP, MiniFund II, LLLP, Lightning )
Fund, LLLP October 2005 Fund, LLLP, Michael )
Fund, LP and Fortuna Fund, LLLP; OSKAR R. )
POCH, individually and derivatively on behalf of )
Nanobac Fund, LP, MiniFund, LLLP, Lightning )
Fund, LLLP, October 2005 Fund, LLLP, Michael )
Fund, LP, Fortuna Fund, LLLP, Patriot Fund, LLLP )
and Mercury Fund, LLLP;  JOSEPH J. PRISCHAK, )
individually and derivatively on behalf of Mercury )
Fund, Michael Fund, and October 2005 Fund, LLLP; )
STEPHANIE REGAN, individually and derivatively )
on behalf of Mercury Fund, LLLP; BRIAN ROSS )
REINGLASS, individually and derivatively on )
behalf of Fortuna Fund, LLLP, and Patriot Fund, )
LLLP; ELIZABETH REINGLASS, individually and )
derivatively on behalf of Fortuna Fund, LLLP, and )
Patriot Fund, LLLP; HOWARD REINGLASS, )
individually and derivatively on behalf of Mercury )
Fund, LLLP, Fortuna Fund, LLLP, and Patriot Fund, )
LLLP; JO ELLEN REINGLASS, individually and )
derivatively on behalf of Fortuna Fund, LLLP, and )
Patriot Fund, LLLP;  FRANK RIPA, individually )
and derivatively on behalf of Tropical Fund, LP, )
Nanobac Fund, LP, MiniFund, LLLP and October )
2005 Fund, LLLP; JACKIE RIPA, individually and )
derivatively on behalf of Tropical Fund, LP, )
Nanobac Fund, LP, MiniFund, LLLP and October )

6

2005 Fund, LLLP; RIPA & ASSOCIATES, LLC,    )
individually and derivatively on behalf of Tropical    )
Fund, LP, Nanobac Fund, LP, MiniFund, LLLP and    )
October 2005 Fund, LLLP; RIVERS    )
ENTERPRISES, FLLP individually and derivatively    )
on behalf of Patriot Fund, LLLP; NANCY    )
ROGERS, as executrix for the estate of James P.    )
Rogers and representative of Equity Trust Co.    )
Custodian FBO James P. Rogers, IRA, individually    )
and derivatively on behalf of Michael Fund, LP,    )
Fortuna Fund, LLLP and Patriot Fund, LLLP;    )
ALLEN RUBENS, individually and derivatively on    )
behalf of MiniFund, LLLP, Lightning Fund, LLLP,    )
October 2005 Fund, LLLP, Michael Fund, LP,    )
Fortuna Fund, LLLP and Mercury Fund, LLLP;    )
HOWARD SALAMON, individually and    )
derivatively on behalf of Lightning Fund, LLLP,    )
October 2005 Fund, LLLP, Michael Fund, LP,    )
Fortuna Fund, LLLP, Patriot Fund, LLLP and    )
Mercury Fund, LLLP; JASON ELLIOT SALAMON,    )
individually and derivatively on behalf of Lightning    )
Fund, LLLP, October 2005 Fund, LLLP, Michael    )
Fund, LP, Fortuna Fund, LLLP, Patriot Fund, LLLP    )
and Mercury Fund, LLLP; PAMELA SALAMON,    )
individually and derivatively on behalf of Lightning    )
Fund, LLLP, October 2005 Fund, LLLP, Michael    )
Fund, LP, Fortuna Fund, LLLP, Patriot Fund, LLLP    )
and Mercury Fund, LLLP; SAMUEL SALAMON,    )
individually and derivatively on behalf of Lightning    )
Fund, LLLP, October 2005 Fund, LLLP, Michael    )
Fund, LP, Fortuna Fund, LLLP, Patriot Fund, LLLP    )
and Mercury Fund, LLLP; SHERI SALAMON,    )
individually and derivatively on behalf of Lightning    )
Fund, LLLP, October 2005 Fund, LLLP, Michael    )
Fund, LP, Fortuna Fund, LLLP, Patriot Fund, LLLP    )
and Mercury Fund, LLLP; WILLIAM DANIEL    )
SALAMON, individually and derivatively on behalf    )
of Lightning Fund, LLLP, October 2005 Fund,    )
LLLP, Michael Fund, LP, Fortuna Fund, LLLP,    )
Patriot Fund, LLLP and Mercury Fund, LLLP; ANA    )
SCHUSTER, individually and derivatively on behalf    )
of MiniFund II, LLLP, October 2005 Fund, LLLP    )
and Michael Fund, LP; GEORGENE SCHUSTER,    )

7

individually and derivatively on behalf of MiniFund )
II, LLLP, October 2005 Fund, LLLP and Michael )
Fund, LP; ROBERT SCHUSTER, individually and )
derivatively on behalf of MiniFund II, LLLP, )
October 2005 Fund, LLLP and Michael Fund, LP; )
GARLAND SHEATS, individually and derivatively )
on behalf of Lightning Fund, LLLP, October 2005 )
Fund, LLLP, Michael Fund, LP, Fortuna Fund, LLLP )
and Patriot Fund, LLLP; JEFFRIE SILVERBERG, )
individually and derivatively on behalf of MiniFund, )
LLLP and October 2005 Fund, LLLP; DENNIS L. )
SMITH, individually and derivatively on behalf of )
Patriot Fund, LLLP and Mercury Fund, LLLP; )
KENNETH SNIDER, individually and derivatively )
on behalf of Mercury Fund, LLLP  MARK )
SPERBER, individually and derivatively on behalf of )
Tropical Fund, LP, MiniFund I,  LLLP, MiniFund II, )
LLLP, Lightning Fund, LLLP, October 2005 Fund, )
LLLP, Michael Fund, LP, Fortuna Fund, LLLP and )
Patriot Fund, LLLP; MARK SPERBER, as a )
representative of Resources Trust, individually and )
derivatively on behalf of Nanobac Fund, LP, October )
2005 Fund, LLLP, Michael Fund, LP, Fortuna Fund, )
LLLP and Patriot Fund, LLLP; PATRICIA )
SPERBER, individually and derivatively on behalf of )
Nanobac Fund, LP; LARRY A. SPINDLER, )
individually and derivatively on behalf of Mercury )
Fund, LLLP, Fortuna Fund, LLLP, and Patriot Fund, )
LLLP; RONALD STEVENS, individually and )
derivatively on behalf of Fortuna Fund, LLLP, )
Patriot Fund, LLLP and Mercury Fund, LLLP; )
TAMAR FINK, individually and derivatively on )
behalf of Mercury Fund, LLLP; MICHAEL )
TRACZUK, individually and derivatively on behalf )
of Mercury Fund, LLLP; JOHN R. TROUP, )
individually and derivatively on behalf of Patriot )
Fund, LLLP and Mercury Fund, LLLP; SUE S. )
TROUP, individually and derivatively on behalf of )
Patriot Fund, LLLP and Mercury Fund, LLLP; )
SEAN UNDERWOOD, as a representative of the )
Underwood Living Trust, individually and )
derivatively on behalf of Tropical Fund, LP; )
ALBERT WAKIN, individually and derivatively on )

8

behalf of Mercury Fund, LLLP; ADAM WHITE,              )
individually and derivatively on behalf of Tropical     )
Fund, LP, MiniFund II, LLLP, Lightning Fund, and        )
LLLP; BRITTANY WHITE, individually and                  )
derivatively on behalf of Lightning Fund, LLLP,         )
Michael Fund, LP, and Fortuna Fund, LLLP; RANDI         )
WHITE, individually and derivatively on behalf of       )
Lightning Fund, LLLP, October 2005 Fund, LLLP,          )
Michael Fund, LP, Fortuna Fund, LLLP, and Patriot       )
Fund, LLLP; ASHLEY YOUNG, individually and              )
derivatively on behalf of Fortuna Fund, LLLP,           )
Patriot Fund, LLLP and Mercury Fund, LLLP;              )
BRANDT YOUNG, individually and derivatively on          )
behalf of Fortuna Fund, LLLP, Patriot Fund, LLLP        )
and Mercury Fund, LLLP; LAURIE YOUNG,                   )
individually and derivatively on behalf of Fortuna      )
Fund, LLLP, Patriot Fund, LLLP and Mercury Fund,        )
LLLP; and MICHAEL YOUNG, individually and               )
derivatively on behalf of Fortuna Fund, LLLP,           )
Patriot Fund, LLLP and Mercury Fund, LLLP,              )
                                                        )
                        Plaintiffs,                     )
            -vs.-                                       )
                                                        )
LESLIE J. WEISS, BARNES & THORNBURG                     )
LLP, THE NUTMEG GROUP, LLC,                             )
NUTMEG/MERCURY FUND, LLLP,                              )
NUTMEG/TROPICAL FUND,                                   )
LP, NUTMEG/FORTUNA FUND, LLLP,                          )
NUTMEG/MINIFUND, LLLP,                                  )
NUTMEG/MINIFUND II, LLLP,                               )
NUTMEG/NANOBAC FUND, LP, NUTMEG/                        )
PATRIOT FUND, LLLP, NUTMEG/OCTOBER                      )
2005 FUND, LLLP,  NUTMEG/MICHAEL FUND,                  )
LP, NUTMEG/ADZONE FUND, LP,                             )
NUTMEG/STARTECH II, LP,                                 )
NUTMEG/LIGHTNING FUND I, LLLP and                       )
NUTMEG/IMAGE GLOBE, LP,                                 )
                                                        )
                        Defendants.                     )
----------------------------------------------------------------

Plaintiffs, by their undersigned attorneys, for their complaint, allege:

9