IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| MICHAEL ALONSO, *et al.*, | ) | Case No: 12-cv-07373 |
| | ) | |
| Plaintiffs, | ) | Hon. Joan H. Lefkow, U.S.D.J. |
| - vs. - | ) | Hon. Sheila M. Finnegan, U.S.M.J. |
| | ) | |
| LESLIE J. WEISS, *et al.*, | ) | |
| | ) | **Order Directing the Filing** |
| Defendants. | ) | **An Amended Judgment** |
| _____ | ) | |

Upon plaintiffs' motion pursuant to Federal Rules of Civil Procedure 15(a)(2) and 59(e) for modification of the judgment in order to permit them to file an Amended Complaint (Docket No. 37), it is hereby Ordered that:

1. The judgment entered on July 22, 2013 (Docket No. 36) is vacated and recalled.

2. The Clerk of the Court will file an Amended Judgment which provides in its decretal section that Count I of plaintiffs' complaint is dismissed with prejudice for the reasons stated in the Court's Opinion and Order dated July 22, 2013 (Docket No. 35) and that plaintiffs may file an Amended Complaint, which will be substantially in the form of the proposed Amended Complaint submitted in support of plaintiffs' Fed. R. Civ. P. 15(a)(2)/59(e) motion and will include Counts II to XXI from their original complaint.

3. Plaintiffs will file their Amended Complaint within three (3) business days of the entry of this Order on the Docket.

4. The Court finds that it has supplemental jurisdiction over Counts II through XXI of the Amended Complaint because they involve claims against a receiver appointed by this Court. See 28 U.S.C. § 1367(a). Upon consideration of the factors enumerated in 28 U.S.C. § 1367(c), the Court finds that there is no basis for it to decline to exercise supplemental jurisdiction over Counts II through XXI of the Amended Complaint.

5.   Defendants' motion to dismiss, which was filed on December 5, 2012 (Docket No. 11), is reinstated and deemed to be directed at Counts II through XXI of the Amended Complaint.  No further briefing with respect thereto will be allowed without further order of this Court.

7.   The parties will provide the Court with chambers copies of the documents they filed in connection with defendants' motion to dismiss (Docket Nos. 11, 12, 13, 21, 22, 28, 30, 31, and 33) within three (3) business days of the filing of plaintiffs' Amended Complaint.

Dated:  September  23 , 2013                    So Ordered:

_____

Hon. Joan H.  Lefkow, U.S.D.J.

2