# United States District Court
## Northern District of Illinois
### Eastern Division

Alonso, et al.  **AMENDED JUDGMENT IN A CIVIL CASE**

v.  Case Number: 12 C 7373

Leslie J. Weiss, et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Count I of plaintiffs' complaint is dismissed with prejudice for the reasons stated in the Court's Opinion and Order dated July 22, 2013 (Docket No. 35) and that plaintiffs may file an Amended Complaint, which will be substantially in the form of the proposed Amended Complaint submitted in support of plaintiffs' Fed. R. Civ. P. 15(a)(2)/59(e) motion and will include Counts II to XXI from their original complaint.

Thomas G. Bruton, Clerk of Court

Date: 9/23/2013  _____
/s/ Michael Dooley, Deputy Clerk